# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

*Leave to Appeal From Attorney Discipline Board Denied September 28, 1992:*

GRIEVANCE ADMINISTRATOR v VANTREESE, No. 93622.

GRIEVANCE ADMINISTRATOR v RICE, No. 93898.

*Leave to Appeal From Attorney Discipline Board Denied October 6, 1992:*

*In re* REINSTATEMENT OF COHEN (GRIEVANCE ADMINISTRATOR v COHEN), No. 94511.

The motion for stay of effective date of suspension is denied December 8, 1992.

LEVIN, J. I would grant reconsideration, and would modify the order denying leave to appeal to make it effective on a date twenty-one days after the entry of the order denying reconsideration. So delaying the effective date would be in accord with the Court's practice, where the suspension is for less than 120 days and thus the suspension has been automatically stayed pursuant to MCR 9.122(C), of adding to an order denying the lawyer leave to appeal that the automatic stay shall remain in effect until twenty-one days after the effective date of the order denying leave to appeal.

*Rehearing Denied October 9, 1992:*

FRANKENMUTH MUTUAL INSURANCE COMPANY v PICCARD, No. 89487. Reported 440 Mich 539.

*Opinion Amended October 9, 1992:*

PEOPLE v WOLFE, No. 90730. In lieu of granting rehearing, the opinion of the Court, GRIFFIN, J., 440 Mich 508, is amended as follows:

Footnote 3 at page 513 is amended to read:

Unpublished opinion per curiam of the Court of Appeals, decided December 19, 1990 (Docket No. 113403). In his appeal, defendant also claimed that the trial court erred when it denied his request for a lesser included misdemeanor instruction to be given to the jury. Because the panel found the evidence to be insufficient, it did not consider the merits of this claim and that issue is not before us in this appeal.